# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 26-11398

———————————————

ZENAIDA ROMERO SANTANA,

*Petitioner,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

———————————————

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A096-335-690

———————————————

Before NEWSOM, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

Before the Court is Petitioner's motion to stay her removal pending resolution of her petition for review. The stay temporarily granted by this Court is LIFTED.

2                       Order of the Court                26-11398

Petitioner's motion for a stay of removal is DENIED, as she has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761 (2009).

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.